

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br><br>ROBERT ANDREI URDRICA (BABEANU),<br><br>DEFENDANT(S). | CASE NUMBER<br><br>8:24-mj-00036-DUTY<br><br>**ORDER OF TEMPORARY DETENTION**<br>**PENDING HEARING PURSUANT**<br>**TO BAIL REFORM ACT** |
|---|---|

Upon motion of _Defendant_, IT IS ORDERED that a detention hearing is set for _January 31_, _2024_, at _3:00_ ☐ a.m. / ☒ p.m. before the Honorable _JOHN D. EARLY_, in Courtroom _6A_.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: _January 29, 2024_

JOHN D. EARLY
U.S. ~~District Judge~~/Magistrate Judge

---

ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT
CR-66 (10/97)                                                                                      Page 1 of 1